**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| RYAN BIBB, Individually And On Behalf of All Others Similarly Situated,<br><br>           Plaintiffs,<br>     vs.<br><br>SESEN BIO, INC., THOMAS R. CANNELL, and MONICA FORBES<br><br>           Defendants. | Case No. 1:21-cv-07025-AKH |
| MICHAEL CIZEK, Individually And On Behalf of All Others Similarly Situated,<br><br>           Plaintiffs,<br>     vs.<br><br>SESEN BIO, INC., THOMAS R. CANNELL, and MONICA FORBES<br><br>           Defendants. | Case No. 1:21-cv-07309-AKH |

(*Additional Case Caption Continued On Following Page*)

**[PROPOSED] ORDER GRANTING WITHDRAWAL OF MOTION
OF CURTIS CINELLI AND MOTION TO WITHDRAW
<u>AS COUNSEL PURSUANT TO LOCAL RULE 1.4</u>**

| | |
|---|---|
| SCOTT MARKMAN, Individually And On Behalf of All Others Similarly Situated, )<br><br>Plaintiffs, )<br>vs. )<br><br>SESEN BIO, INC., THOMAS R. CANNELL, and MONICA FORBES )<br><br>Defendants. ) | Case No. 1:21-cv-08308-AKH |

Having considered the motion of Curtis Cinelli ("Mr. Cinelli") requesting the withdrawal of his Motion for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of Selection of Lead Counsel ,and permitting the withdrawal of appearance of Kim E. Miller in the above-captioned Action and her removal from this Action's electronic case filing (ECF) service list, and all papers in support thereof and in opposition thereto, and oral argument, if any, and good cause appearing therefor:

The Motion of Curtis Cinelli for withdrawal of his Motion for appointment as Lead Plaintiff and withdrawal of appearance of Counsel is **GRANTED**, such that **IT IS HEREBY ORDERED** that attorney Kim E. Miller shall be removed from the official docket of this consolidated Action as well as the electronic case filing (ECF) service list.

**SO ORDERED.**

DATED: October 28, 2021

/s/ Alvin K. Hellerstein
HONORABLE ALVIN K. HELLERSTEIN
UNITED STATES DISTRICT JUDGE